# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

Telephone: [202] 273-2800

April 24, 1996

Howard E. Perlstein, Esq.
Deputy Assistant General Counsel
Office of the General Counsel
National Labor Relations Board
1099 14th Street, N.W., Rm. 8210
Washington, D.C.  20570

Re:  RTC-29 -- IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND
      KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

Dear Mr. Perlstein:

For your information, I am enclosing a copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving the above-captioned matter.

Very truly,

Patricia D. Howard
Clerk of the Panel

By _____
       Vivian M. Challes
       Chief Deputy Clerk

Enclosure

JPML Form 34B

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Telephone: [202] 273-2800

April 24, 1996

Mr. Glenn M. Taubman, Esq.
National Right to Work
 Legal Defense Foundation
8001 Braddock Road, Suite 600
Springfield, VA 22160

Re: RTC-29 -- IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND
       KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

Dear Mr. Taubman:

For your information, I am enclosing a copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving the above-captioned matter.

Very truly,

Patricia D. Howard
Clerk of the Panel

By _____
       Chief Deputy Clerk

Enclosure

JPML Form 34B

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

Telephone: [202] 273-2800

April 24, 1996

Mr. Mark Schneider
Associate General Counsel
 International Association of
 Machinists and Aerospace
 Workers, AFL-CIO
9000 Machinists Plaza
Upper Marlboro, MD  20772

Re:  RTC 29 -- IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND
     KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

Dear Mr. Schneider:

For your information, I am enclosing a copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving the above-captioned matter.

Very truly,

Patricia D. Howard
Clerk of the Panel

By _____
     Chief Deputy Clerk

Enclosure

JPML Form 34B

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Telephone: [202] 273-2800

April 24, 1996

TO MISCELLANEOUS RECIPIENTS

Re: RTC-29 -- IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

For your information, I am enclosing a copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving the above-captioned matter. Please provide us with publication references.

Very truly,

Patricia D. Howard
Clerk of the Panel

By _____
Chief Deputy Clerk

Enclosure

JPML Form 34A

```
***************************
***    ACTIVITY REPORT   ***
***************************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO. | 8526 |
| CONNECTION TEL | 918002889782 |
| CONNECTION ID | |
| START TIME | 09/25 11:26 |
| USAGE TIME | 03'20 |
| PAGES | 5 |
| RESULT | OK |

# FAX TRANSMITTAL SHEET

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255
Washington, DC 20002

Telephone: (202) 273-2800   FAX N°: (202) 273-2810

Date: 9/25/96   Time:

To: Ann Eling

From: Vivian Challen

Re: Publication needed for attached document.

Notes:
1. original letter sent
2. order granting publication
3. order

Number of pages transmitted (including this page) 5

Original document is being ____ mailed __X__ retained in our file.

Please call the Panel office regarding any difficulties involved in this transmission.

Thank You.

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

Telephone:  [202] 273-2800

April 15, 1996

TO THE CLERKS FOR THE UNITED STATES COURTS OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT AND THE SEVENTH CIRCUIT

Re:  RTC-29 --  IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

Dear Clerks:

Pursuant to Rule 25(c), of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 147 F.R.D. 589, 604, I am enclosing a certified copy of an order of consolidation filed today.

Very truly,

Patricia D. Howard
Clerk of the Panel

By  *Darlene P. Long*
Deputy Clerk

JPML Form 88B

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

Telephone: [202] 273-2800

April 15, 1996

Howard E. Perlstein, Esq.
Deputy Assistant General Counsel
Office of the General Counsel
National Labor Relations Board
1099 14th Street, N.W., Rm. 8210
Washington, D.C.  20570

Re:  RTC-29 -- IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE
     WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

Dear Mr. Perlstein:

Pursuant to Rule 25, of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 147 F.R.D. 589, 604, I am enclosing a copy of an order of consolidation filed today in the above-referenced matter.  Please serve the order on involved counsel in accordance with Rule 25 and supply this office with a certificate of service.

Very truly,

Patricia D. Howard
Clerk of the Panel

By _Darlene P. Long_
   Deputy Clerk

JPML Form 88A

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Telephone: [202] 273-2800

April 15, 1996

TO THE MEMBERS OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Re:  RTC-29 -- IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

Dear Judges:

We have been instructed to file the order in the above-captioned litigation. I am enclosing a copy for your files.

Very truly,

Patricia D. Howard
Clerk of the Panel

By _Darlene P. Long_
Deputy Clerk

Enclosure

JPML Form 28

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**
Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

Telephone: [202] 273-2800

February 28, 1996

Re:  RTC-29 -- In re National Labor Relations Board, California Saw and Knife Works, 320 NLRB No. 11, Issued on January 26, 1996

DOCUMENT FILED:     Motion For Reconsideration

Dear Counsel:

Today we have filed the above-described motion.  Papers filed with the Panel and all correspondence MUST bear the **DOCKET NUMBER** and **CAPTION ASSIGNED** by the Panel as noted above.

Responses and replies to this motion are to be filed and served in conformity with Rules 3, 7, 8, 9 and 10 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 147 F.R.D. 589.  Panel Rule 8(a) requires that responses to motions be served on ALL affected parties and Panel Rule 10 states that the time for filing responses begins on the date of filing of the motion with the Panel.  An **ORIGINAL and ELEVEN** copies of all pleadings are required for filing.

**RESPONSES DUE ON OR BEFORE: March 19, 1996**

Very truly,

*(signature)*

Patricia D. Howard
Clerk of the Panel

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

Telephone: [202] 273-2800

February 20, 1996

Mr. Mark J. Langer
Clerk United States Court of Appeals
   for the D.C. Circuit
3rd & Constitution Avenue, NW, Room 5419
Washington, D.C.  20001-2866

Dear Mr. Langer:

We have received your copies of the National Labor Relations Board's Notice of multicircuit petitions for review dated February 12, 1996.  Pursuant to Rule 20(d), of the Rules for Multicircuit Petitions for Review Under 28 U.S.C. §2112(a)(3), states:

> (D) Copies of notices of multicircuit petitions for review shall be filed by the affected agency with the clerk of each circuit court of appeals in which a petition for review is pending that is included in the notice.

I am returning your copy for filing.

Very truly,

Patricia D. Howard
Clerk of the Panel

By_____
Vivian M. Challen
Chief Deputy Clerk

enclosure

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John F. Nangle<br>United States District Court<br>Southern District of Georgia | **MEMBERS:**<br>Judge Robert R. Merhige, Jr.<br>United States District Court<br>Eastern District of Virginia<br><br>Judge William B. Enright<br>United States District Court<br>Southern District of California<br><br>Judge Clarence A. Brimmer<br>United States District Court<br>District of Wyoming | Judge John F. Grady<br>United States District Court<br>Northern District of Illinois<br><br>Judge Barefoot Sanders<br>United States District Court<br>Northern District of Texas<br><br>Judge Louis C. Bechtle<br>United States District Court<br>Eastern District of Pennsylvania | **DIRECT REPLY TO:**<br>Patricia D. Howard<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, DC 20002-8004<br><br>Telephone: [202] 273-2800 |

February 15, 1996

Mr. Howard E. Perlstein
Deputy Assistant General Counsel
National Labor Relations Board
1099 14th Street, NW, Room 8210
Washington, DC 20570

Re: RTC-29 In re National Labor Relations Board, California Saw and Knife Works, 320 NLRB No. 11,
Issued on January 26, 1996

Dear Mr. Perlstein:

Enclosed is an order striking the deficient notice of multicircuit petitions for review dated February 12, 1996.

Very truly,

Patricia D. Howard
Clerk of Panel

By _Vivian M. Challen_
Vivian M. Challen
Chief Deputy Clerk

Enclosure