# NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC.

## 8001 BRADDOCK ROAD • SPRINGFIELD, VIRGINIA 22160 • (703) 321-8510

**GLENN M. TAUBMAN**
*Staff Attorney*

February 27, 1996

Patricia D. Howard, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: RTC-29, In re National Labor Relations Board, California Saw and Knife Works,
       320 NLRB No. 11, Issued on January 26, 1996.

Dear Ms. Howard:

I am the attorney of record for the Petitioners in Case No. 96-1028 in the United States Court of Appeals for the District of Columbia Circuit, which is a Petition for Review from the NLRB's decision in California Saw and Knife Works, 320 NLRB No. 11.

The above referenced matter before the Judicial Panel on Multidistrict Litigation, Docket No. RTC-29, concerns the Petition for Review filed by my clients in the D. C. Circuit and a different Petition for Review filed by another party in the Seventh Circuit, Case No. 96-1246.

Enclosed please find the original plus eleven copies of Petitioners' Motion for Reconsideration of the Panel's Order Striking Notice. Thank you for your prompt attention to this matter. Please feel free to call upon me if I can be of any assistance in this matter.

Sincerely,

Glenn M. Taubman
Attorney for Petitioners in
D.C. Circuit Case No. 96-1028

GMT:gt
Enclosures
cc:    Howard E. Perlstein, Deputy Assistant General Counsel, NLRB
       Mark Schneider, Associate General Counsel, IAM
       Thomas F. Strubbe, Clerk, 7th Circuit Court of Appeals
       Mark Langer, Clerk, D.C. Circuit Court of Appeals

Defending America's working men and women against the injustices of forced unionism since 1968.

RECEIVED
CLERK'S OFF., JUDICIAL
PANEL ON MULTI DISTRICT
LITIGATION

Feb 27    3 04 PM '96



**UNITED STATES GOVERNMENT**

# NATIONAL LABOR RELATIONS BOARD

**OFFICE OF THE GENERAL COUNSEL**

Washington, D.C.  20570

February 12, 1996

Patricia D. Howard, Clerk
Judicial Panel on Multidistrict
      Litigation
One Columbus Circle NE
Thurgood Marshall Federal
      Judiciary Building
Room G-255, North Lobby
Washington DC 20002-8004

> Re:  <u>California Saw and Knife Works</u>
>       Board Case Nos. 34-CA-5160
>                       34-CB-1313

Dear Ms. Howard:

The National Labor Relations Board here encloses its notice

to the Judicial Panel of multicircuit petitions for review,

pursuant to 28 U.S.C. 2112(a)(3) and the Judicial Panel's Rules

20-23.

> Very truly yours,
>
> Aileen A. Armstrong
> Deputy Associate General Counsel
>
>
> By _____
>    Howard E. Perlstein
>    Deputy Assistant General Counsel
>    (202) 273-2946

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 24  96

*DOCKET NO. RTC-29*     PATRICIA J. HOWARD
CLERK OF THE PANEL

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

*Alan Strang, et al. v. National Labor Relations Board,*
  D.C. Circuit, No. 96-1028
*International Association of Machinists and Aerospace Workers, et al. v. National Labor Relations Board,*
  7th Circuit, No. 96-1246

## ORDER TO PUBLISH PANEL DECISION

On April 23, 1996, the National Labor Relations Board (NLRB) moved that the Panel publish its April 15, 1996 decision in the above-captioned proceeding.

The NLRB's motion to publish is GRANTED and the attached order is hereby RELEASED FOR PUBLICATION.

FOR THE PANEL:

John F. Nangle
Chairman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 15 96

PATRICIA J. HOWARD
CLERK OF THE PANEL

## DOCKET NO. RTC-29

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

*Alan Strang, et al. v. National Labor Relations Board,*
  D.C. Circuit, No. 96-1028
*International Association of Machinists and Aerospace Workers, et al. v. National Labor Relations Board,*
  7th Circuit, No. 96-1246

## ORDER RESCINDING STRIKE ORDER
## AND
## CONSOLIDATION ORDER

This matter is before the Panel on notice of multicircuit petitions for review, under 28 U.S.C. §2112(a)(3), from the National Labor Relations Board (NLRB) filed on February 15, 1996, involving the above-captioned NLRB decision issued on January 26, 1996. In accordance with R.P.J.P.M.L. Rule 21, this notice recited that two petitions for review of the decision had been filed and received by the NLRB; copies of the petitions were attached. One petition was filed in the U.S. Court of Appeals for the District of Columbia (D.C. Circuit) on February 1, 1996; a copy of the petition was received by the NLRB on February 6, 1996. The second petition was filed in the U.S. Court of Appeals for the Seventh Circuit (Seventh Circuit) on February 1, 1996, and was received by the NLRB on February 2, 1996. On February 15, 1996, the Panel issued an order striking the NLRB's notice of multicircuit petitions for review as deficient, because the D.C. Circuit petition was not received by the NLRB until February 6, eleven days after the date of the NLRB's decision.[1] On February 28, 1996, the D.C. Circuit petitioners filed a motion for reconsideration of the Panel's February 15th strike order on the ground that the NLRB's notice of multicircuit petitions for review failed to recite that petitioners had delivered a copy of their petition to the NLRB on February 2, 1996, which had been date-stamped "received" by the D.C. Circuit on February 1, 1996.[2] The NLRB opposes the motion for reconsideration.

Based upon the papers filed, the Panel finds that the petition received by the D.C. Circuit court clerk and delivered by the D.C. Circuit petitioners to the NLRB was "filed" within the requisite 10-day

---

[1] Accordingly, only the Seventh Circuit petition was filed within the requisite 10-day period and, in accordance with Section 2112(a), the NLRB was to file the record for review in that court.

[2] The D.C. Circuit petition in the NLRB notice to the Panel was date-stamped "filed" on February 1, 1996, but received by the NLRB from the D.C. Circuit on February 6, 1996.

- 2 -

time period under Section 2112(a). Federal courts have uniformly held that where a statute or rule require "filing," that act is accomplished by the court clerk's receipt of the necessary documents.[3] We note that under Federal Rules of Appellate Procedure Rule 25, filing is timely if the clerk receives the papers within the time fixed for filing...." Accordingly, two petitions for review of the above-captioned NLRB decision were filed in two circuits within the requisite 10-day period and received by the NLRB from the petitioners within that same 10-day period.

IT IS THEREFORE ORDERED that the Order Striking Notice filed on February 15, 1996, is RESCINDED.

The Panel has randomly selected the Seventh Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. 2112(a)(3), the petitions for review listed above be, and the same hereby are, consolidated in the Court of Appeals for the Seventh Circuit and that this circuit be, and the same hereby is, designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

John F. Nangle
Chairman

LaTaṇnya Darden
Deputy Clerk
Random Selector

Vivian Challen
Chief Deputy Clerk
Witness

---

[3]    *See Houston v. Lack*, 487 U.S. 266 (1988); *Parissi v. Telechron, Inc.*, 349 U.S. 46, 47 (1955); *Arbuckle Wilderness, Inc. v. KFOR TV, Inc.*, 69 F.3d 547 (Table), 1995 WL 64700 (10th Circuit).

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 15 96

PATRICIA S. HOWARD
CLERK OF THE PANEL

## DOCKET Nº *RTC-29*

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

# *IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996*

## ORDER STRIKING NOTICE

The Clerk has filed the Notice of Multicircuit Petitions for Review dated February 12, 1996; however, it is deficient for the following reason:

Pursuant to 28 U.S.C. §2112(a)(1), multiple petitions for appellate review must be received by the affected agency within ten days after the issuance of the agency order, in order for 28 U.S.C. §2112(a)(3) to apply. In the instant matter, the agency received the second petition for review on February 6, 1996, which was one day too late. Therefore, only one petition for review was received by the agency within the ten day period and random selection procedures do not apply.

The Clerk is hereby ORDERED to strike the above instrument from the record and notify the agency of such action.

Dated:   February 15, 1996

FOR THE PANEL:

John F. Nangle
Chairman



UNITED STATES GOVERNMENT

## NATIONAL LABOR RELATIONS BOARD

OFFICE OF THE GENERAL COUNSEL

Washington, D.C.   20570

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 19 96

CLERK OF THE PANEL

Glenn M. Taubman, Esq.
W. James Young, Esq.
National Right to Work
  Legal Defense Foundation
8001 Braddock Road, Suite 600
Springfield, VA   22160

Mark Schneider, Esq.
Associate General Counsel
International Association of
  Machinists an Aerospace
  Workers, AFL-CIO
9000 Machinists Plaza
Upper Marlboro, MD   20772

> Re:   RTC-29--In Re National Labor Relations Board,
>        California Saw and Knife Works, 320 NLRB
>        No. 11, Issued on January 26, 1996

Gentlemen:

Pursuant to Rule 25 of the Judicial Panel on Multidistrict Litigation, I am enclosing copies of an order of consolidation filed by the Judicial Panel on April 15, in the above referenced matter.

Very truly yours,

Aileen A. Armstrong
Deputy Associate General Counsel
National Labor Relations Board

By _Frederick Havard_____
Frederick Havard
Supervisory Attorney
1099 14th Street, N.W.
Washington, D.C.   20570
National Labor Relations Board
(202) 273-2991

cc:   Thomas F. Strubbe, Esq.          Mark J. Langer
        Clerk, U.S. Court of Appeals     Clerk, U.S. Court of Appeals
          for the Seventh Circuit           for the D.C. Circuit

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 15 96

*DOCKET NO. RTC-29*

PATRICIA J. HOWARD
CLERK OF THE PANEL

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

# *IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996*

*Alan Strang, et al. v. National Labor Relations Board,*
  D.C. Circuit, No. 96-1028
*International Association of Machinists and Aerospace Workers, et al. v. National Labor Relations Board,*
  7th Circuit, No. 96-1246

# *ORDER RESCINDING STRIKE ORDER*
# *AND*
# *CONSOLIDATION ORDER*

This matter is before the Panel on notice of multicircuit petitions for review, under 28 U.S.C. §2112(a)(3), from the National Labor Relations Board (NLRB) filed on February 15, 1996, involving the above-captioned NLRB decision issued on January 26, 1996. In accordance with R.P.J.P.M.L. Rule 21, this notice recited that two petitions for review of the decision had been filed and received by the NLRB; copies of the petitions were attached. One petition was filed in the U.S. Court of Appeals for the District of Columbia (D.C. Circuit) on February 1, 1996; a copy of the petition was received by the NLRB on February 6, 1996. The second petition was filed in the U.S. Court of Appeals for the Seventh Circuit (Seventh Circuit) on February 1, 1996, and was received by the NLRB on February 2, 1996. On February 15, 1996, the Panel issued an order striking the NLRB's notice of multicircuit petitions for review as deficient, because the D.C. Circuit petition was not received by the NLRB until February 6, eleven days after the date of the NLRB's decision.[1] On February 28, 1996, the D.C. Circuit petitioners filed a motion for reconsideration of the Panel's February 15th strike order on the ground that the NLRB's notice of multicircuit petitions for review failed to recite that petitioners had delivered a copy of their petition to the NLRB on February 2, 1996, which had been date-stamped "received" by the D.C. Circuit on February 1, 1996.[2] The NLRB opposes the motion for reconsideration.

Based upon the papers filed, the Panel finds that the petition received by the D.C. Circuit court clerk and delivered by the D.C. Circuit petitioners to the NLRB was "filed" within the requisite 10-day

---

[1] Accordingly, only the Seventh Circuit petition was filed within the requisite 10-day period and, in accordance with Section 2112(a), the NLRB was to file the record for review in that court.

[2] The D.C. Circuit petition in the NLRB notice to the Panel was date-stamped "filed" on February 1, 1996, but received by the NLRB from the D.C. Circuit on February 6, 1996.

-2-

time period under Section 2112(a). Federal courts have uniformly held that where a statute or rule require "filing," that act is accomplished by the court clerk's receipt of the necessary documents.[3] We note that under Federal Rules of Appellate Procedure Rule 25, filing is timely if the clerk receives the papers within the time fixed for filing...." Accordingly, two petitions for review of the above-captioned NLRB decision were filed in two circuits within the requisite 10-day period and received by the NLRB from the petitioners within that same 10-day period.

IT IS THEREFORE ORDERED that the Order Striking Notice filed on February 15, 1996, is RESCINDED.

The Panel has randomly selected the Seventh Circuit in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. 2112(a)(3), the petitions for review listed above be, and the same hereby are, consolidated in the Court of Appeals for the Seventh Circuit and that this circuit be, and the same hereby is, designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

John F. Nangle
Chairman

LaTanya Darden
Deputy Clerk
Random Selector

Vivian Challen
Chief Deputy Clerk
Witness

---

[3]    *See Houston v. Lack*, 487 U.S. 266 (1988); *Parissi v. Telechron, Inc.*, 349 U.S. 46, 47 (1955); *Arbuckle Wilderness, Inc. v. KFOR TV, Inc.*, 69 F.3d 547 (Table), 1995 WL 64700 (10th Circuit).

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Re:   RTC-29--In re National Labor Relations Board,
      California Saw and Knife Works, 320 NLRB No. 11,
      Issued on January 26, 1996

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the April 15, 1996, order rescinding strike order and consolidation order issued by the Judicial Panel on Multidistrict Litigation in the above-captioned case has this day has served by first-class mail upon the following persons at the addresses listed below:

Counsel for Charging Parties Alan Strang et al:

        Glenn M. Taubman, Esq.
        W. James Young, Esq.
        National Right to Work
          Legal Defense Foundation
        8001 Braddock Road, Suite 600
        Springfield, VA   22160

Counsel for International Association of Machinists et al., respondents before the Board:

        Mark Schneider
        Associate General Counsel
          International Associations of
          Machinists and Aerospace
          Workers, AFL-CIO
        9000 Machinisits Plaza
        Upper Marlboro, MD   20772

Clerk, Seventh Circuit Court of Appeals:

        Thomas F. Strubbe, Esq.
        Clerk United States Court of
          Appeals for the Seventh Circuit
        219 South Dearborn Street 27th Floor
        Chicago, IL   60604

Clerk, District of Columbia Circuit Court of Appeals:

Mark J. Langer
Clerk United States Court of
  Appeals for the D.C. Circuit
3rd & Constitution Avenue Rm 5419
Washington, D.C.  20001-2866

_____
Aileen A. Armstrong
Deputy Associate General Counsel
National Labor Relations Board
National Labor Relations Board
1099 14th Street NW Room 8300
Washington, D.C.  20570
(202) 273-2960

Dated at Washington, D.C.

this 17th day of April, 1996

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 22 96

PATRICIA J. HOWARD
CLERK OF THE PANEL

CERTIFICATE OF SERVICE

The undersigned hereby certifes that a copy of the

Order Striking Notice of the Judicial Panel on Multidistrict

Litigation has been served on the following:

Counsel for Charging Parties Alan Strang et al.:

Glenn M. Taubman, Esq.
W. James Young, Esq.
National Right to Work
   Legal Defense Foundation
8001 Braddock Road, Suite 600
Springfield, VA  22160

Counsel for International Association of Machinists et

al., respondent before the Board:

Mark Schneider
Associate General Counsel
International Associations of
   Machinists and Aerospace
Workers, AFL-CIO
9000 Machinist Plaza
Upper Marlboro, MD  20772

Clerk, Seventh Circuit Court of Appeals:

Thomas F. Strubbe, Esq.
Clerk, United States Court of
   Appeals for the Seventh Circuit
219 South Dearborn Street 27th Floor
Chicago, IL  60604

Clerk, District of Columbia Circuit Court of Appeals:

        Mark J. Langer
        Clerk United States Court of
          of Appeals for the D.C. Circuit
        3rd & Constitution Avenue NW Rm. 5419
        Washington, D.C.  20001-2866


        Howard E. Perlstein
        Deputy Assistant General Counsel
        National Labor Relations Board
        1099 14th Street N.W. Room 8210
        Washington, D.C.  20570
        (202) 273-2946

Dated at Washington, D.C.

this 21st day of February 1996.

# *JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

**CHAIRMAN:**
Judge John F. Nangle
United States District Court
Southern District of Georgia

**MEMBERS:**
Judge Robert R. Merhige, Jr.
United States District Court
Eastern District of Virginia

Judge William B. Enright
United States District Court
Southern District of California

Judge Clarence A. Brimmer
United States District Court
District of Wyoming

Judge John F. Grady
United States District Court
Northern District of Illinois

Judge Barefoot Sanders
United States District Court
Northern District of Texas

Judge Louis C. Bechtle
United States District Court
Eastern District of Pennsylvania

**DIRECT REPLY TO:**

Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Telephone: [202] 273-2800

February 15, 1996

Mr. Howard E. Perlstein
Deputy Assistant General Counsel
National Labor Relations Board
1099 14th Street, NW, Room 8210
Washington, DC 20570

Re: RTC-29  In re National Labor Relations Board, California Saw and Knife Works, 320 NLRB No. 11,
     Issued on January 26, 1996

Dear Mr. Perlstein:

Enclosed is an order striking the deficient notice of multicircuit petitions for review dated February 12, 1996.

Very truly,

Patricia D. Howard
Clerk of Panel

By _____
        Vivian M. Challen
        Chief Deputy Clerk

Enclosure

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 15 96

PATRICIA L. HOWARD
CLERK OF THE PANEL

### DOCKET Nº RTC-29

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

## ORDER STRIKING NOTICE

The Clerk has filed the Notice of Multicircuit Petitions for Review dated February 12, 1996; however, it is deficient for the following reason:

Pursuant to 28 U.S.C. §2112(a)(1), multiple petitions for appellate review must be received by the affected agency within ten days after the issuance of the agency order, in order for 28 U.S.C. §2112(a)(3) to apply. In the instant matter, the agency received the second petition for review on February 6, 1996, which was one day too late. Therefore, only one petition for review was received by the agency within the ten day period and random selection procedures do not apply.

The Clerk is hereby ORDERED to strike the above instrument from the record and notify the agency of such action.

Dated:   February 15, 1996

FOR THE PANEL:

John F. Nangle
Chairman