JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                                                                   April 24, 1996

RTC#   CAPTION                                                                                                                                      Page:    1

29 √ IN RE NATIONAL LABOR RELATIONS BOARD, CALIFORNIA SAW AND KNIFE WORKS, 320 NLRB NO. 11, ISSUED ON JANUARY 26, 1996

04/23/96
MOTION TO PUBLISH PANEL DECISION filled by NATIONAL
LABOR RELATIONS BOARD w/cert of svc. (Received 4/22/96)
(vmc)
-------------------------------------------------
03/26/96
ORDER FROM US Court of Appeals, Chicago, IL by Hon.
Judge Diane P. Wood dated 3/18/96 (vmc)
-------------------------------------------------
03/07/96
REPLY -- Filed by petitioner's Alan Strang. w/cert of
svc. (vmc)
-------------------------------------------------
03/05/96
RESPONSE TO MOTION FOR RECONSIDERATION -- Filed by
National Labor Relations Board (recv'd 3/4/96 and filed
3/5/96) (lg)
-------------------------------------------------
02/28/96
MOTION FOR RECONSIDERATION OF ORDER STRIKING NOTICE,
DATED FEBRUARY 15, 1996 RECEIVED FROM DC CIRCUIT
PETITIONERS (received 2/27/96)  Notice of Motion letter
mailed to parties
-------------------------------------------------
02/15/96
PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION
RECEIVED FROM THE NATIONAL LABOR RELATIONS BOARD -- 2
Petitions pending in 2 Circuits as follows: one in D.C.
Circuit and one in 7th Circuit - Regarding National
Labor Relations Board, case no. 320 NLRB No. 11
(Received 2/14/96) (cgf)

04/24/96
ORDER TO PUBLISH PANEL DECISION FILED (vmc)
-------------------------------------------------
04/15/94
ORDER RESCINDING STRIKE ORDER AND CONSOLIDATION ORDER
FILED -- RANDOM SELECTION HELD - Consolidating 2
appeals that were pending in 2 Circuits - The Court
of Appeals for the 7th Circuit was DESIGNATED. Random
Selector, LaTaunya Darden, Deputy Clerk and Witness
Vivian Challen, Chief Deputy Clerk (dpl)
-------------------------------------------------
02/15/96
ORDER STRIKING NOTICE -- The Notice of Multicircuit
Petitions for Review, dated 2/12/96, is deficient.
Receipt by agency - UNTIMELY. (cgf)

04/24/96
SERVED ORDER TO PUBLISH PANEL DECISION and ORDER
RESCINDING STRIKE ORDER AND CONSOLIDATION ORDER to
National Labor Relations Board, Alan Strang, et al.,
International Assoc. of Machinists, et al., and
publication agencies by Panel. (vmc)
-------------------------------------------------
04/19/96
PROOF OF SERVICE FOR ORDER RESCINDING STRIKE ORDER AND
CONSOLIDATION ORDER OF 4/15/96 -- Received from the
National Labor Relations Board (vmc)
-------------------------------------------------
02/22/96
PROOF OF SERVICE FOR ORDER STRIKING NOTICE FILED
2/22/96 - Received from the National Labor Relations
Board  (lg)

RELATED ACTIONS

     07-96-1246        International Association of Machinists and Aerospace Workers, and its District Lodges Nos. 50,66,115,120,508,720, and 751; and its local Lodges
                       Nos. 78,354, 821,946,1125,1327,1871,1916,2024,2227,and 2230 v. National Labor Relations Board

     DC-96-1028        Alan Strang, et al. v. National Labor Relations Board

Key: √ Signifies Proof Of Service Filed By Agency